# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | : | **CIVIL ACTION NO. 1:06-CV-1108** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **THOMAS HICKS,** *et al.*, | : | |
| **Defendants** | : | |

## SHOW CAUSE ORDER

On June 1, 2006, a summons was issued in the captioned action. No return of service has been filed to date. Accordingly, **IT IS HEREBY ORDERED THAT** within fifteen (15) days of the date of this order Plaintiff shall show cause why this action should not be dismissed for failure to serve the summons and complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:      October 2, 2006