# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,** : | **CIVIL ACTION NO. 1:06-CV-1108** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **THOMAS HICKS**, *et al.*, : | |
| **Defendants** : | |

## **O R D E R**

By order dated October 2, 2006, the court directed plaintiff, within fifteen (15) days, to show cause why this action should not be dismissed for failure to serve the complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has failed to respond to the court's show cause order. Accordingly, it is hereby ORDERED that this matter is DISMISSED. The Clerk of Court is directed to close the file.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:    October 18, 2006